

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00495-CR
Peddar **PANGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6312
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Extension of time to file the court reporter's record is this date NOTED. Time is extended to November 4, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Bettina J. Williams
Official Court Reporter - 187th District Court
Cadena-Reeves Justice Center
300 Dolorosa, Suite 2129
San Antonio, TX 78205

Michael D. Robbins
Appellate Public Defender's Office
101 W. Nueva, Suite 310
Paul Elizondo Tower 1
San Antonio, TX 78205

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205